1  MARC J. DEREWETZKY
   Nevada State Bar No. 6619
2  TRENK, DIPASQUALE, WEBSTER,
   DELLA FERA & SODONO, P.C.
3  1300 Clay Street, Suite 600
   Oakland, CA 94612
4  Telephone: (510) 464-8000
   Facsimile: (510) 464-8001
5

6  DAVID MINCIN
   Nevada State Bar No. 5427
7  LAW OFFICES OF RICHARD
   MCKNIGHT, P.C.
8  300 South Third Street, #900
   Las Vegas, NV 89101
9  Telephone: (702) 388-7185
   Facsimile: (702) 388-4393

10 Attorneys for Defendant
   NATIONAL UNION FIRE INSURANCE
11 COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LaQUAN PHILLIPS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; DOE EMPLOYEES 1 THROUGH 20; DOES 1 THROUGH 20; ROE ENTITIES 1 THROUGH 20; AND ROE CORPORATIONS 1 THROUGH 20,<br><br>　　　　Defendants. | Case No. 2:10-CV-02068-GMN-GWF<br><br>SUBSTITUTION OF COUNSEL FOR DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br><br>Complaint Filed: September 2, 2010 |

Defendant National Union Fire Insurance Company of Pittsburgh, PA hereby substitutes the law firm of Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. in the place and stead of Morison Holden & Prough, LLP (formerly known as Morison Holden Derewetzky & Prough, LLP) as its counsel of record.

TRENK, DIPASQUALE,
WEBSTER, DELLA
FERA & SODONO,
P.C.

- 1 -

SUBSTITUTION OF COUNSEL FOR NATIONAL UNION

| | | |
|---|---|---|
| 1 | Dated: November 16, 2011 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA |
| 2 | | |
| 3 | | By: [signature] |
| 4 | | |

We accept the above representation.

Dated: November 17, 2011        TRENK, DIPASQUALE, WEBSTER,
                                DELLA FERA & SODONO, P.C.


By:      /s/ Marc J. Derewetzky
              Marc J. Derewetzky


We consent to the above substitution and hereby withdraw from such representation.

Dated: November 17, 2011        MORISON HOLDEN & PROUGH, LLP


By:      /s/ William C. Morison
              William C. Morison


**IT IS SO ORDERED.**

[signature: George Foley Jr.]
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:   November 18, 2011**