✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 2 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-398-JCM-(GWF) |
| JAMES WILLIAMS BEERS, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On December 12, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a)(1) and (3) based upon the plea of guilty by defendant JAMES WILLIAMS BEERS to the criminal offense, forfeiting specific property alleged in the Criminal Indictment and Bill of Particulars and agreed to in the Plea Agreement and shown by the United States to have the requisite nexus to the offense to which defendant JAMES WILLIAMS BEERS pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 20; Change of Plea Minutes, ECF No. 39; Plea Agreement, ECF No. 40; Preliminary Order of Forfeiture, ECF No. 41.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 15, 2012, through January 13, 2013, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 43.

. . .



This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    1.    Dell Dimension 3100 Desktop Computer, Serial Number 58HD0B1; and

    2.    All visual depictions described in Title 18, United States Code, Section 2251, 2251A, 2252, and 2252A and all items containing such visual depictions, which were transported, shipped and received in violation of Title 18, United States Code, Section 2252A and all property, real and personal, used and intended to be used to commit and promote the commission of the aforestated offense, including but not limited to, the following properties: computer images, including movie files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 12th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE